■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE ORTIZ, Appellant.—Appeal by the defendant from four judgments of the Supreme Court, Kings County (Marano, J.), all rendered June 18, 1985, convicting him of criminal sale of a controlled substance in the third degree under indictment No. 3141/84, criminal sale of a controlled substance in the third degree under indictment No. 3870/84, criminal possession of a controlled substance in the third degree under indictment No. 7319/84, and criminal sale of a controlled substance in the third degree under indictment No. 2509/85, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Brown, Weinstein, Eiber and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY ELIZABETH PADIAN, Appellant.—Appeal by the defendant as limited by her brief, from a sentence of the County Court, Putnam County (Hickman, J.), imposed November 13, 1985, upon her conviction of vehicular manslaughter, driving while under the influence of alcohol (two counts), and violation of Vehicle and Traffic Law § 1126 (a) upon her plea of guilty.

Ordered that the sentence is affirmed.

Considering the nature and circumstances of the crime, we find no merit in the defendant's contention that the sentence imposed was excessive *(see, People v Anderson,* 131 AD2d 490; *People v Suitte,* 90 AD2d 80). Mangano, J. P., Kunzeman, Rubin, Kooper and Harwood, JJ., concur.